# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIJAT ORUJOV, | Case No. 24-cv-1792-BAS-JLB |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO STAY (ECF No. 6)** |
| UR M. JADDOU, | |
| Defendant. | |

Plaintiff filed this action to seek resolution of his asylum application. U.S. Citizenship and Immigration Services ("USCIS") has scheduled an interview for this application for August 5, 2025. (ECF No. 6 at 1.) Therefore, the parties jointly seek a stay of the instant action while that adjudication is in progress.

"A district court has discretionary power to stay proceedings in its own court." *Lockyer v. Mirant*, 398 F.3d 1098, 1109 (9th Cir. 2005) (citing *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis*, 299 U.S. at 254. "A trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings

1  which bear upon the case." *Leyva v. Certified Grocers of Calif.*, 593 F.2d 857, 863 (9th
2  Cir. 1979).

3      The Court finds a stay in this case is appropriate and effective in conserving time
4  and effort for itself and the parties while the adjudication of the application is in progress.
5  Accordingly, the Court **GRANTS** the Joint Motion and **ORDERS** that, if this case has not
6  been voluntarily dismissed on or before December 3, 2025, the parties shall file a joint
7  status report **on or before December 17, 2025**. (ECF No. 6.)

8      IT IS SO ORDERED.

10  DATED: November 18, 2024

Hon. Cynthia Bashant
United States District Judge